UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                       Plaintiff,<br><br>-against-<br><br>LA WEB EXPERTS; VISTA WEBSITE DESIGN,<br><br>                      Defendants. | 23cv6441 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 9, 2024
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                 Chief United States District Judge